445 A.2d 498

COMMONWEALTH of Pennsylvania

v.

Michael BUNDY, Appellant.

Supreme Court of Pennsylvania.

Submitted April 13, 1982.

Decided May 25, 1982.

Thomas L. McGill, Jr., Philadelphia (Court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., Asst. Dist. Atty., Ronald Eisenberg, Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM:

Order affirmed.